UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA           *

vs.                                * Case No. 06-70 (RJL)

DRAPHET MOODY                      *

**UNOPPOSED MOTION TO CONTINUE INITIAL APPEARANCE
AND GUILTY PLEA PROCEEDING**

The Defendant, by and through her attorney, Robert C. Bonsib, respectfully requests this Honorable Court to continue the above-captioned matter and as reasons, therefore, states as follows:

1. The above-captioned matter is presently set for an initial appearance and guilty plea proceeding before the Honorable Richard J. Leon on March 28, 2006 in the United States District Court for the District of Columbia.

2. That undersigned counsel is scheduled to be in trial on March 28, 2006 in the Circuit Court for Prince George's County, *State of Maryland v. Najeeullah I. Abdullah,* Case No. CT 05-1819A, which is anticipated to be a two day jury trial and is, therefore, not able to be present at the March 28, 2006 proceeding in this matter. The March 28, 2006 date in this matter is not a date that was cleared on undersigned counsel's calendar.

3. That Assistant United States Attorney Sherri Schornstein has authorized undersigned counsel to represent that the government is not opposed to this request for postponement.

4. That Courtroom Deputy Wayne Burwell suggested that undersigned counsel suggest possible future dates through April and May, 2006 on Friday's because of the fact that the Court is beginning a lengthy trial and would only be available on Fridays.

MARCUS & BONSIB
6411 IVY LANE
SUITE 116
GREENBELT, MD 20770
(301) 441-3000

4. That undersigned counsel has contacted Assistant United States Attorney Sherri Shornstein, the assigned prosecutor and the parties' have checked their schedules and would be available for the initial appearance and guilty plea proceedings on any of the following dates: April 21, 2006 (afternoon only); May 5, 2006 (afternoon only); May 12, 19 or 26, 2006 at any time during the day.

WHEREFORE, it is respectfully requested that this Honorable Court grant the requested continuance.

Respectfully submitted,

MARCUS & BONSIB

/S/

---

ROBERT C. BONSIB
6411 Ivy Lane, Suite 116
Greenbelt, Maryland 20770
(301) 441-3000
Bar No. 423-306

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Motion to Continue was mailed, postage prepaid, this 24th day of March, 2006 to: Assistant United States Attorney Sherri Schornstein, Office of the United States Attorney, 555 4th Street, N.W., Washington, D.C. 20530.

/S/

---

ROBERT C. BONSIB

Marcus & Bonsib
6411 IVY LANE
SUITE 116
GREENBELT, MD 20770
(301) 441-3000

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA    *

vs.    * Case No. 06-70 (RJL)

DRAPHET MOODY    *

**ORDER**

Upon consideration of the Defendant's Motion to Continue Initial Appearance and Guilty Plea in the above- captioned matter, it is this ____ day of ____, 2006;

ORDERED that the trial scheduled for March 28, 2006 is hereby continued until _____.

_____
RICHARD J. LEON, JUDGE
UNITED STATES COURT FOR THE
DISTRICT OF COLUMBIA

MARCUS & BONSIB
6411 IVY LANE
SUITE 116
GREENBELT, MD 20770
(301) 441-3000