FILED
JUNE 16, 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 06-0070 (RJL) |
| | : | |
| v. | : | Disposition: March 28, 2006 |
| | : | |
| DRAPHET D. MOODY, | : | |
| Defendant. | : | |

## STATEMENT OF OFFENSE

Had this case proceeded to trial, the United States would have established the following facts beyond a reasonable doubt:

The Internal Revenue Service (IRS) is an agency of the Unites States of America, Department of the Treasury, and maintains its headquarters at 1111 Constitution Avenue, N.W., Washington, D.C. The IRS has responsibility for administering provisions of the Internal Revenue Code. Absent the grant of an extension, individuals who earn income in excess of certain minimums are required to file a Form 1040 series U.S. Federal Income Tax Return no later than April 15th of the calendar year immediately following the tax year.

A Schedule A is a tax form which itemizes certain allowable tax deductions a taxpayer may claim that reduce gross income and the can reduce the resultant income tax liability. The categories of Schedule A deductions include, among others: gifts to charity; unreimbursed employee expenses, including job travel, and job education; and miscellaneous deductions which can include such things as uniforms, dry-cleaning, and telephone expenses. The education credit is a dollar-for-dollar credit against the tax due and owing.

During all times relevant herein, Triad Business Services (Triad), was a tax return preparation business with locations in Baltimore, Maryland; Washington, D.C.; and Richmond, Virginia, offering tax preparation and accounting services to the general public.

From approximately January 2001, until April 15, 2002, the defendant, Draphet D. Moody, was the Triad Office Manager for the Triad Baltimore office. From approximately January 2001, until approximately April 15, 2002, Draphet Moody, two other individuals identified here by their initials, as "H.J.," "M.S.," and other individuals, unlawfully, knowingly, and willfully conspired and agreed together and with each other, and with other persons: First, to file fraudulent Federal income tax returns, Forms 1040, with the Internal Revenue Service, which claimed deductions and credits to which various Triad Clients were not entitled and thereby generated fraudulent income tax returns. Second, to defraud the United States of America, United States Department of the Treasury, Internal Revenue Service, in the approximate amount of $192,293.00 through the filing of fraudulent Federal income tax returns, Forms 1040, which claimed deductions and credits to which various Triad Clients were not entitled, thereby generating fraudulent income tax refunds.

It was the goal of the conspiracy that Draphet Moody, "H.J.," "M.S.," and other individuals would, in an effort to maximize Triad's business and income by increasing the client base, increasing the tax preparation fees, and increasing repeat customers who would return in successive years, knowingly and willfully prepare and file with the IRS tax returns which overstated and claimed fictitious deductions and unentitled education credits. Thereby reducing the clients' tax liabilities and causing clients to receive larger income tax refunds than the refunds to which they would otherwise have been entitled by law.

The conspiracy operated in the following manner: Draphet D. Moody and employees working under her supervision, would meet with taxpayers who wanted to have their U.S. Individual Income tax return, Form 1040, prepared at Triad's Baltimore, Maryland or Washington, D.C. office. They would then create or inflate and place on taxpayers' U.S. Individual Income Tax Returns, Form 1040, Schedule A - Schedule of Itemized Deductions, false and fictitious expenses, including charitable contributions, job expenses, and other miscellaneous expenses to which the taxpayers were not in fact entitled. They would also list on the taxpayers' U.S. Individual Income Tax Returns, Form 1040, false education credits to which the taxpayers were not in fact entitled. The fictitious itemized deductions claimed on the clients' income tax returns would cause a Schedule A - Statement of Itemized Deductions to be created by Triad and therefore, resulted in greater fees charged to the clients by Triad. All client income tax returns prepared at the Baltimore and Richmond Offices would be sent to the District of Columbia Office Triad Office where they were reviewed by "H.J." and "M.S." and electronically transmitted to the Internal Revenue Service via the Internet on the taxpayer's behalf.

During the conspiracy, the following acts took place: During 2000, "H.J.," the owner of Triad, had a conversation with Draphet Moody, inviting her to manage a new Triad branch office that was opening in Baltimore, Maryland. Draphet Moody agreed to manage the office in exchange for a starting salary of approximately $30,000.00 per year. H.J. also paid $7,000.00 of Draphet Moody's settlement costs on the purchase of a home and approximately $3,000.00 to some of her creditors.

During 2000 and 2001, Draphet Moody was trained by "H.J." and his business partner, "M.S." at the Triad office located at 4813 Georgia Ave., N.W., Washington, D.C. and during telephone conversations. During these training sessions, "H.J." and "M.S" instructed Draphet

Moody to inflate itemized deductions which would lower their clients' ultimate tax liabilities. "H.J." and "M.S." specifically instructed Draphet Moody to create and place on the clients U.S. Individual Income Tax Returns, Forms 1040, falsely inflated and wholly fictitious charitable contributions, employee expenses, and education credits.

While Draphet Moody was in training, "H.J." and "M.S." would review all income tax returns prepared at the Baltimore Office. Following their review, "H.J." and "M.S." sent via facsimile transmission, copies of the tax returns they had reviewed with additional inflated and wholly fictitious deductions and credits, which they instructed Draphet Moody to incorporate into the income tax returns.

Once trained by "H.J." and "M.S.," Draphet Moody, in turn trained her employees in the Triad Office she managed located at 2129 Maryland Avenue, Baltimore, Maryland, to prepare false tax returns by creating and placing on the clients' U.S. Individual Income Tax Returns, Forms 1040, falsely inflated and wholly fictitious charitable contributions, employee expenses, and education credits.

All client income tax returns prepared at the Baltimore Office, under Draphet Moody's supervision, were sent to the District of Columbia Triad Office where they were reviewed by " H.J." and "M.S." and electronically transmitted to the IRS via the Internet on the taxpayer's behalf.

On approximately April 5, 2002, Draphet Moody, along with one of her employees, prepared a 2001 U.S. Individual Income Tax Return, Form 1040, for "Barbara A. Bishop." Ms. Bishop was in fact an undercover IRS Special Agent posing as a taxpayer. The tax return prepared for Ms. Bishop contained false expenses and deductions, including $4,936.00 in charitable contributions and

$9,508.00 in unreimbursed employee expenses. The income tax return claimed a refund of $3,045.00, whereas it should have shown a tax due and owing of $310.00.

                        KENNETH L. WAINSTEIN
                        United States Attorney
                        for the District of Columbia
                        D.C. Bar No. 451058

By: _____
      SHERRI L. SCHORNSTEIN
      Assistant U.S. Attorney
      D.C. Bar# 415219
      555 4th Street, N.W.
      Washington, D.C. 20530
      (202) 514-6956

I declare under penalty of perjury that the foregoing is a true and accurate statement of facts.

_____
Draphet C. Moody,
Defendant

_____
ROBERT BONSIB
ATTORNEY FOR DRAPHET MOODY

5