AO 455 (Rev. 5/85) Waiver of Indictment

FILED
JUNE 16 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# United States District Court

_____ DISTRICT OF _____

| UNITED STATES OF AMERICA | |
|---|---|
| V. | WAIVER OF INDICTMENT |
| DRAPHST MOODY | CASE NUMBER: 06-070 (RJL) |

I, ORAPHST MOODY, the above named defendant, who is accused of

_____

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 6/16/06 _____ prosecution by indictment and consent that the
                              Date
proceeding may be by information rather than by indictment.

*[Signature]*
Defendant

*[Signature]*
Counsel for Defendant

Before *[Signature]*