UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Criminal No. 06-070 (RJL) |
| | : | |
| v. | : | Status Hearing: 10/5/06 |
| | : | |
| **DRAPHET MOODY** | : | |
| | : | |
| **Defendant.** | : | |

- ORDER -

Upon consideration of the Government's Motion to Continue, for the reasons set out therein, it is this _____ day of October, 2006,

**ORDERED** that this case be continued for plea proceedings until _____, 2007, at _____ a.m./p.m.

                                                                                                    _____
                                                                                                    RICHARD J. LEON
                                                                                                    United States District Judge

cc:    Sherri L. Schornstein
        Assistant U.S. Attorney
        555 - 4th Street, N.W.
        Washington, D.C. 20530

_____ Robert C. Bonsib
        6411 Ivy Lane, Suite 116
        Greenbelt, Md 20770