UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Criminal No. 06-070 (RJL) |
| | : | |
| v. | : | Status Hearing: 1/8/07 |
| | : | |
| **DRAPHET MOODY** | : | |
| | : | |
| Defendant. | : | |

**GOVERNMENT'S MOTION TO CONTINUE**

The Unites States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully requests that the date scheduled by the court for a Status Hearing/Sentencing Control date in this case be continued. In support of this motion the Government states as follows:

The Government and another co-conspirator are in the process of negotiating a disposition. As to yet another co-conspirator, the government is in the process of pursuing extradition from Antigua. Defendant Moody's plea agreement in the instant case calls for her cooperation as to these related cases. So as to give her the maximum opportunity for "substantial assistance" the Government requests that the Status Hearing in this case be continued to a date and time convenient for the court on or after April 1, 2007.

The Defense joins in this Motion to Continue.

## **CONCLUSION**

WHEREFORE, the Government respectfully requests that the Court grant its Motion to Continue and schedule this case for sentencing on or after April 1, 2007.

                                                     Respectfully submitted,

                                                   JEFFREY A. TAYLOR
                                                   UNITED STATES ATTORNEY
                                                   D.C. Bar # 498610

By:    _____

                                                 SHERRI L. SCHORNSTEIN
                                                 Assistant U.S. Attorney
                                                 Fraud and Public Corruption Section
                                                 555 4th Street, N.W.
                                                 Washington, D.C. 20530
                                                 (202) 514-6956
                                                 D.C. Bar # 415219

**CERTIFICATE OF SERVICE**

     I hereby certify that a copy of the foregoing Government's Motion to Continue has been served on counsel for the Defendant, Robert C. Bonsib, 6411 Ivy Lane, Suite 116, Greenbelt, Maryland, 20770, this 4th day of January, 2007.

 

                                              SHERRI L. SCHORNSTEIN
                                              Assistant U.S. Attorney