UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Criminal No. 06-070 (RJL) |
| v. | : | Status Hearing: 1/8/07 |
| **DRAPHET MOODY** | : | |
| <u>                    Defendant.            </u> | : | |

- ORDER -

Upon consideration of the Government's Motion to Continue, for the reasons set out therein, it is this _____ day of January, 2007,

**ORDERED** that this case be continued for status until _____, 2007, at _____ a.m./p.m.

_____
RICHARD J. LEON
United States District Judge

cc:   Sherri L. Schornstein
      Assistant U.S. Attorney
      555 - 4th Street, N.W.
      Washington, D.C. 20530

      Robert C. Bonsib
      6411 Ivy Lane, Suite 116
      Greenbelt, Md 20770