UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 06-070 (RJL) |
| | : | |
| v. | : | Status Hearing: 7/13/07 |
| | : | |
| DRAPHET MOODY | : | |
| | : | |
| Defendant. | : | |

### GOVERNMENT'S MOTION TO CONTINUE

The Unites States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully requests that the date scheduled by the court for a Status Hearing/Sentencing Control date in this case be continued and that a sentencing date be set. In support of this motion the Government states as follows:

The Government has secured the guilty plea of co-conspirator Marcelle Stephens, who is scheduled to be sentenced by this court on August 24, 2007. The Government requests that this case be scheduled for sentencing on a date convenient to the court on or after September 14, 2007.

Government counsel attempted to contact Defense Counsel, but was not able to speak with him.

## **CONCLUSION**

    WHEREFORE, the Government respectfully requests that the Court grant its Motion to Continue and schedule this case for sentencing on or after September 14, 2007.

                                           Respectfully submitted,

                                           JEFFREY A. TAYLOR
                                         UNITED STATES ATTORNEY
                                         D.C. Bar # 498610

By:         /s/
             SHERRI L. SCHORNSTEIN
             Assistant U.S. Attorney
             Fraud and Public Corruption Section
             555 4th Street, N.W.
             Washington, D.C. 20530
             (202) 514-6956
             D.C. Bar # 415219

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing Government's Motion to Continue has been served on counsel for the Defendant, Robert C. Bonsib, 6411 Ivy Lane, Suite 116, Greenbelt, Maryland, 20770, this 6th day of July, 2007.

                                                  SHERRI L. SCHORNSTEIN
                                                  Assistant U.S. Attorney