## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Criminal No. 06-070 (RJL) |
| | : | |
| v. | : | Status Hearing: |
| | : | |
| **DRAPHET MOODY** | : | |
| | : | |
| **Defendant.** | : | |

**- ORDER -**

Upon consideration of the Government's Motion to Continue, for the reasons set out therein, it is this _____ day of July, 2007,

**ORDERED** that this case be continued for status until _____, 2007, at _____ a.m./p.m.

                                                                                               _____
                                                                                               RICHARD J. LEON
                                                                                               United States District Judge

cc:    Sherri L. Schornstein
        Assistant U.S. Attorney
        555 - 4th Street, N.W.
        Washington, D.C. 20530

        Robert C. Bonsib
        6411 Ivy Lane, Suite 116
        Greenbelt, Md 20770