## MARCUSBONSIB, LLC
ATTORNEYS AT LAW
CAPITAL OFFICE PARK
6411 IVY LANE
SUITE 116
GREENBELT, MARYLAND 20770

BRUCE L. MARCUS
ROBERT C. BONSIB
TARA A. HARRISON
JOSEPH A. COMPOFELICE, JR.
KRISTY L. ZADORA

October 10, 2007

301-441-3000
FACSIMILE 301-441-3003

Honorable Richard J. Leon
United States District Court Judge for the
District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C. 20001

    Re:   United States vs. Draphet Moody
           Case No. 06-70 (RJL)

Dear Judge Leon:

    Enclosed please find letters from Ms. Draphet Moody and Ms. Yvette Douglas that Ms. Moody asks that you consider as part of her sentencing hearing is now set for October 11, 2007.

    If you have any other questions, please give me a call.

Sincerely,

Robert C. Bonsib

RCB/dmc
Enclosures
cc: AUSA Sherri Shorenstein

Dear Judge Leon,

My name is Draphet Moody, I am 31 years old. I graduated from Coppin State University in December 2000 with a B.Sc. Degree in Accounting. I had no family or financial support other than my income. I began working for Triad Business Services (TRIAD) in September 2001, at the time I was 25 years old.

I met the owner of TRIAD, Mr. Henderson Joseph one afternoon when I was going home because I parked my vehicle on his property parking lot. Prior to working for Triad Business service I had limited experience with preparing tax returns; prior to working for Mr. Joseph, my only tax preparation experience was my personal returns and for a few friends that just graduated from college.

At that time that I met Mr. Joseph, I was working for a small CPA firm; the income that I was making was not covering my rent and transportation expenses. I did not have health insurance or any benefits. A couple of weeks after our initial meeting, Mr. Joseph approached me and offered a position as the Baltimore branch manager. Mr. Joseph informed me that he will train me in all the areas prior to the tax season. I was excited about the offer due to the fact that I didn't have any experience. The job also included health insurance that I desperately needed.

At first I mostly did accounting work. The company sent me to H&R blocks tax school for three months. When the tax season began I would complete the tax returns and the Washington DC branch would review and complete the return. I didn't second guest what they did due to my limited experience and these clients were returning to Triad and the Washington DC office had all the clients' prior years' information. As time went on Mr. Henderson Joseph showed me the changes that they would put on the return. I never question the information because it seems as if he knew what he was doing and that is what was expected of us. Supplementary forms were given to us for the client to complete which some other this information were included.

As time when on I never questioned what was being done? One time I was in the present of another employee that questioned him and his respond was that's how he wants it to be done. At this time I started to get suspicious. There were times that clients came into the Baltimore office requesting refund or to speak to Mr. Joseph and we had to inform them that they would need to go to the Washington DC office. The Baltimore office started to notice the information that we close a client with would not be the final information or refund when it was process.

The Washington DC office was full everyday and Baltimore would maybe get 7 people each day, Marcelle or Henderson would call me to come to DC office. Every day I would go to Baltimore office wait for an employee to come in then drive to DC. The DC office would not close until 11 pm and sometimes later. I would drive back to Baltimore, and then repeat each day. Although I had the title of Baltimore manager I spent more time in the DC office imputing documents.

As time went on clients began coming in complaining that they received an IRS letter and they need our help. The only help we could give the clients was helping them get the documents together that were requested from their client package. When there was no documentation to back up number we let them know that IRS will adjust the return and send them a bill. All the clients got upset. At that point I began thinking what we are doing was wrong. I realize that I have been helping Triad put erroneous numbers on returns.

I made an error in judgment by sitting and following others without asking questions. Stupidity is not an excuse because I should have known better. I was too trusting and I stand by and ignore what I thought was wrong. Since I gotten myself into this situation I had time to think about what has occurred and trust my judgment and not allow others to lead me in the wrong direction.

Since I stopped working for Triad I have had three different employers. I worked at a temp agency that places me with the Smithsonian. They offer me a permanent position as a staff accountant. I work with them for a year, but the accounting department moved to Herndon Virginia and the commute was very difficult. Prior to me leaving Smithsonian my supervisor got a new job with HMSHost in Bethesda. She later contacted me and offered me a position as a staff accountant in the reconciliation department. I have been with this company since April 17, 2006. I reconcile various AP accounts after the Balance and Profit & Loss statement are closed. My job is mainly to find posting issues by individuals and system that other departments will need to correct.

During this five year period I went back to school to pursue a Marketing degree t, I did a course in Business Ethics; however, due to financial issues I had to stop. Majority of my free time is being a member of Kensington Sport Club a non profit organization. The objective is to promote and foster a spirit of "brotherhood" and sportsmanship, unity and comrade among our members. The club is a member of the Washington Cricket League with consisting of 26 team from the Washington Metropolitan area. In this organization I help plan fun raiser, organize activities for the club, and help in all club activities for the game.

As you can tell from my letter I am not close with my family. I was abandoned by my mother since I was a young child. I have seen her twice and barely communicated with my mother since I was in college. All communication with my mother has been due to my effort and our relationship has been very one sided. Likewise, my father stopped supporting me since my junior year in college, he had become very emotionally abusive and we are also out of touch with each other. I have come to an understanding that because my parents were not there for me as a child, it's harder for us to grow our relationships. If you look at my history I raise myself with limited help. I had to fight with my father to sign the paper work for me to go to college. Currently any communication between me and my father is done through me and my step mother or younger brother.  My father has stated that he doesn't have a daughter prior to this event and I know that this doesn't make it any better. My step mother or brother knows if they need anything or help I am there for them.

I realize that I made a mistake and I am sorry for what I have done. This whole ordeal on top of my prior experiences has taken a toll on me. I am stressed to the point of losing my hair; I cry myself to sleep every night and I cry most days too. I used to have a vey bubbly personality but now I'm depressed all the time. I try real hard to stay positive but it's real difficult. I feel lost and I wish that I had a family to lean on for emotional support but its just not there. I thank God for the few friends that I have who have been there for me during this whole situation. I am begging for mercy from your honor, please be lenient with me. I have leant a lot from this experience and I know that I have a lot to offer the society, I have cooperated with all the orders issued by this court thus far and I am willing to do any kind of community service that court may deem fit.

Sincerely,

/s/

Draphet Moody

September 27, 2007

To Whom It May Concern

**Re: Draphet D. Moody**

Dear Sir/Madam:

     My name is Yvette Douglas and I am a permanent resident of the United States of America, residing in Silver Spring and in the State of Maryland Since 1996. I am Forty-four (44) years old and have worked as a paralegal in the Law Office of Ellis & Associates for the last eight years. I have known Ms. Draphet Moody for the last 10 years. We have shared a variety of activities such as parties, sports, picnics, and traveling within the United States. Also, I have known Ms. Moody to be a prudent, conscientious, hardworking and a caring young woman. After she gradated from Coppin State University, Maryland she has worked very hard at several jobs to establish herself.

     I was especially drawn to Draphet because, although she had a tough life with very little or no support from her family, she did not allow her circumstance to keep her from achieving positive goals. Even when she lost her athletic scholarship due to knee injury, she worked very hard at part time jobs in order to complete her degree. I am also impressed with her devotion to her younger adopted brother, despite the fact that she did not have the family support from her parents.

Draphet is well liked and respected by her peers. Generally she is a person of good moral character and this situation is outside of her character. She is a very helpful person and likes to help those who are less fortunate, especially young people. Ms. Moody being aware that my mother has been wheelchair bound for the past several years as result of her diabetic condition, has researched and found "Walk to Cure Diabetes", and we have participated together for the last three years.

I am aware that the charges to which Ms. Moody has plead guilty are very serious and carries very severe penalties. However, I know that Ms. Moody is remorseful for her part in this crime. Many times I have to console her because this is so hard on her, especially with no family to lean on. She has become very withdrawn and depressed. She tries very hard to stay positive. I encouraged her to become a member of the Kensington Sports Club, a member club of the Washington Cricket League. The club's objective is to foster positive growth and social interaction among young people who migrate to the United States from the West Indies. Draphet has worked diligently to plan and participate in fund raising activities for the club. She also

assists with helping the young people to acclimate into the American society. Draphet has a lot to offer our community and despite her current situation that is the subject of this letter, she is a positive influence on other young people. Draphet has lived most of her life in the United States and in spite of the bad influence around her and not having any parental guidance she has raised herself to become a fine young lady, one with no criminal records. In fact this is her first incident of breaking the law. This act was done under the direction of her superior who solely plotted, directed and carried out this fraudulent action even before Draphet became a member of his company. Draphet deeply regrets her part in this action, she had planned to remove herself from the situation and regrets not doing so as soon as she realized that something was wrong, most of all she regrets allowing her fears to deter her from reporting this fraudulent activities to the authorities.

I am praying your Honor's mercy and ask that you use leniency in rendering your sentence for Draphet. I believe that she would best repay her debt to society though community service.

If you require any further information, please contact me at (240) 461-0870

Sincerely,

/s/

Yvette Douglas