Notice of Appeal Criminal

CO-290
Rev. 3/88

## United States District Court for the District of Columbia

UNITED STATES OF AMERICA )
)
vs )   Criminal No. 06-70 (RJL)
)
DRAPHET D. MOODY )
)

FILED

NOV 1 9 2007

CLERK

### NOTICE OF APPEAL

Name and address of appellant        United States of America

Name and address of appellant's attorney    Roy W. McLeese III
United States Attorney's Office
Room 8104
555 4th Street, NW
Washington, DC 20530

Offense: 18 USC 371

Concise statement of judgment or order, giving date, and any sentence

By Judgment of October 11, 2007, entered on the docket on October 23, 2007, defendant was sentenced to 30 months probation, 240 hours of community service, home detention of 180 days, restitution of $74,882, and a monetary penalty of $100

Name and institution where now confined, if not on bail: N/A

I, the above-named appellant, hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the above-stated judgment.

| 11/19/07 | United States of America |
|---|---|
| DATE | APPELLANT |

CJA, NO FEE _____ N/A _____
PAID USDC FEE  Gov't appeal
PAID USCA FEE  Gov't appeal
Does counsel wish to appear on appeal? Yes
Has counsel ordered transcripts? Yes
Is this appeal pursuant to the 1984 Sentencing Reform Act? Yes

ATTORNEY FOR APPELLANT

ORIGINAL

Notice of Appeal Criminal
CO-290
Rev. 3/88

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on this 19th day of November, 2007, one copy of the foregoing Notice of Appeal was sent by first-class U.S. Mail to counsel for Draphet D. Moody:

        Robert Charles Bonsib, Esq.
        Marcus & Bonsib
        Suite 116
        6411 Ivy Lane
        Greenbelt, MD 20770-1405

        _____
        Thomas J. Tourish, Jr.
        Assistant United States Attorney
        555 4th Street, NW, Room 8104
        Washington, DC 20530
        (202) 514-7088